IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN MILES, | CIVIL ACTION |
| Plaintiff, | |
| v. | CA No. 10-cv-01135-GLL |
| CITY OF PITTSBURGH, MICHAEL SALDUTTE, DAVID SISAK, and RICHARD EWING | U.S. District Judge Gary L. Lancaster |
| | *Electronically Filed* |
| Defendants. | |

## ORDER OF COURT

AND NOW, to wit, this 9th day of June, 2011, upon submission of defense counsel's Motion to Withdraw the Motion to Compel, the same is GRANTED and defendant's Motion at docket number 39 is withdrawn as moot.

By the Court,

s/ Gary L. Lancaster
_____
Honorable Gary L. Lancaster.
Chief U.S. District Judge