IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN MILES, | CIVIL ACTION |
| Plaintiff, | |
| | CA No. 10-cv-01135-GLL |
| v. | |
| | U.S. District Court Judge Gary L. Lancaster |
| CITY OF PITTSBURGH, MICHAEL SALDUTTE, DAVID SISAK, and RICHARD EWING | *Electronically Filed* |
| | **JURY TRIAL DEMANDED** |
| Defendants, | |

## COURT ORDER

AND NOW, this 24th day of April, 2012, upon consideration of the Motion For Approval Of Voluntary Stipulation To Dismiss Defendant City Of Pittsburgh, it is hereby ORDERED and DECREED that this Motion is GRANTED and that all parties hereto are to abide the terms and conditions of the within Stipulation, which shall have the full effect of law.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge