IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORDAN MILES, an adult individual, | ) ) ) | CIVIL ACTION |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 2:10-cv-01135-GLL |
| CITY OF PITTSBURGH, a municipal corporation; MICHAEL SALDUTTE, individually and in his official capacities as a Police Officer of the City of Pittsburgh; DAVID SISAK, individually and in his official capacities as a Police Officer of the City of Pittsburgh; RICHARD EWING, individually and in his official capacities as a Police Officer of the City of Pittsburgh, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

AND NOW, THIS 8TH DAY OF May, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

_____
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

### MOTION TO OMIT PLAINTIFF'S TREATING PHYSICIANS' EXPERT REPORTS FROM PLAINTIFF'S PRE-TRIAL STATEMENT

AND NOW comes the Plaintiff, Jordan Miles, through his counsel, J. Kerrington Lewis, Esquire and the law firm of Lewis, Lewis & Reilly, who presents this Motion to Omit Plaintiff's Treating Physicians' Expert Reports from Plaintiff's Pre-Trial Statement, and in support thereof avers the following:

1. Plaintiff's Pre-Trial Statement was filed in the above-captioned case on April 27, 2012 without incorporating Plaintiff's treating physicians' expert reports as required by Federal Rules of Civil Procedure.

2. Plaintiff and Defendants have agreed that it is unnecessary to attach the said Plaintiff's treating physicians' expert reports to the Plaintiff's Pre-Trial Statement filed in this case and the reports have been supplied to Defendants.

1