IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN MILES, | ) |
| | ) |
| Plaintiff, | ) C. A. No. 10-1135 |
| | ) |
| v. | ) |
| | ) |
| CITY OF PITTSBURGH, MICHAEL SALDUTTE, DAVID SISAK, and RICHARD EWING, | ) ) ) Jury Trial Demanded |
| | ) |
| Defendants. | ) |

### ORDER OF COURT

AND NOW, this 16th day of May, 2012, upon consideration of plaintiff's Motion to Seal Exhibits [document #81], IT IS HEREBY ORDERED that said motion is GRANTED and Exhibits 1 - 3 to his Reply to Defendants' Motion to Compel FBI Agent Sonia Bush to Submit to Deposition shall be placed under seal.

s/Gary L. Lancaster                ,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge