IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN MILES, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-1135 |
| ) | |
| CITY OF PITTSBURGH, MICHAEL ) | |
| SALDUTTE, DAVID SISAK, and ) | |
| RICHARD EWING ) | |
|     Defendants. ) | |

ORDER

AND NOW, this 19th day of June, 2012, Local Rule 16.1.C.4 requires counsel to confer with adverse counsel in an effort to reach agreement on the issues to be raised by a motion in limine. If no agreement is reached, all such motions must be accompanied by a certificate from the moving counsel of record stating that all parties made a reasonable effort to reach agreement on the issue raised by the motion. As the motions docketed at Nos. 110 through 123 do not comply with this Rule, counsel is HEREBY ORDERED to confer as to the issues raised by the motions, and if no agreement can be reached, to file certificates so stating.

BY THE COURT

_____, C.J.

cc: All Counsel of Record