AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Western | District of | Pennsyvlania |

| JORDAN MILES | **CONSENT ORDER GRANTING** |
|---|---|
| Plaintiff(s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| SISAK, SALDUTTE, AND EWING | CASE NUMBER: 2:10-CV-1135 |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __David Sisak__ substitutes
(Party (s) Name)

__James A. Wymard__, State Bar No. __10527__ as counsel of record in
(Name of New Attorney)

place of __Bryan Campbell__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Wymard & Dunn |
|---|---|
| Address: | 220 Grant Street, Pittsburgh, PA 15219 |
| Telephone: | (412) 281-6963     Facsimile _____ |
| E-Mail (Optional): | |

I consent to the above substitution.
Date: 7/3/12

_(Signature of Party (s))_

I consent to being substituted.
Date: 7/3/12

_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 7/3/12

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/6/12

_Judge_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]