IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORDAN MILES, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-1135 |
| | ) | |
| CITY OF PITTSBURGH, MICHAEL | ) | |
| SALDUTTE, DAVID SISAK, and | ) | |
| RICHARD EWING | ) | |
|     Defendants. | ) | |

ORDER

AND NOW, this 6 day of July, 2012, the court makes the following findings in connection with voir dire of jurors in this matter:

- The proceedings in this case have received a great deal of media coverage.

- This case involves a physical confrontation between three white male police officers and an African American male.

- The court seeks to question jurors regarding their racial attitudes and other sensitive matters.

- Conducting such individualized questioning in camera rather than in open court will facilitate candor on the part of prospective jurors.

- Conducting individual voir dire in camera is within this court's discretion, as it is well-established that "the method of conducting the voir dire is left to the sound discretion of the district court." Waldorf v. Shuta, 3 F.3d 705, 710 (3d Cir. 1993). See also United States v. Wecht, 537 F.3d 222, 242-43 (3d Cir. 2008) (denying media request that voir dire be conducted in open court).

Consistent with the foregoing findings, it is HEREBY ORDERED that collective voir dire of jurors, as set forth in Local Civil

Rule 47B, will take place in open court and individual voir dire of jurors will take place in camera.

BY THE COURT,

_____, C.J.

cc:  All Counsel of Record