IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JORDAN MILES,

          Plaintiff.

v.

MICHAEL SALDUTTE, DAVID SISAK,
and RICHARD EWING,

          Defendants.

Civil Action No. 2:10-cv-01135-GLL

Chief Judge Gary L. Lancaster

**MOTION TO REMOVE CITY OF PITTSBURGH FROM CAPTION OF THE CASE**

## ORDER

AND NOW, this 19th day of July, 2012, upon the motion of the plaintiff to have the City of Pittsburgh removed from the caption of the case for purposes of trial, it is hereby ORDERED that said motion is GRANTED.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge