IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN MILES, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 10-1135 |
| | ) |
| MICHAEL SALDUTTE, DAVID SISAK | ) |
| and RICHARD EWING, | ) |
| Defendants. | ) |

### JUDGMENT ORDER

AND NOW, this 28th day of September, 2012, IT IS HEREBY ORDERED that, in accordance with the partial verdict rendered by the Jury on August 8, 2012, Judgment is entered in in favor of defendants, Michael Saldutte, David Sisak and Richard Ewing, and against plaintiff, Jordan Miles, as to plaintiff's third cause of action for malicious prosecution. Plaintiff's fourth, fifth, sixth and seventh causes of actions were disposed of prior to trial.

IT IS FURTHER ORDERED that a mistrial is declared as to plaintiff's first cause of action for excessive force and second cause of action for false arrest and imprisonment.

IT IS FURTHER ORDERED that plaintiff's Motion to Set Trial Date [document #211] is DENIED as premature. In accordance with Federal Rules of Civil Procedure 50 and 59, the parties shall have 28 days from the entry of this judgment

Case 2:10-cv-01135-GLL   Document 215   Filed 09/29/12   Page 2 of 2

to file any appropriate post-verdict motions, including any motions for a new trial.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge