IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JORDAN MILES,                          )
                                       )
            Plaintiff,                 )    C. A. No. 10-1135
                                       )
v.                                     )
                                       )
MICHAEL SALDUTTE, DAVID SISAK, and     )
RICHARD EWING,                         )    Jury Trial Demanded
                                       )
            Defendants.                )

## ORDER OF COURT

AND NOW, this  $31$ $^{st}$  day of  _____, 2012, it is hereby

ORDERED that Exhibits 1, 3, 4, 5, 6 and 8 to the Plaintiff's Motion for a New Trial shall

be filed under seal.

_____
                                                        J.