IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JORDAN MILES, an adult individual,          )
                                            )
              Plaintiff,                     )
                                            )
       v.                                    )          2:10cv1135
                                            )          **Electronic Filing**
MICHAEL SALDUTTE, DAVID                     )
SISAK, and RICHARD EWING,                   )
                                            )
              Defendants.                    )

## ORDER OF COURT

AND NOW, this 20th day of August, 2015, upon consideration of the Renewed Motion to

Reimburse/Set off Costs Pursuant to Rule 68 (**Document No. 328**) filed on behalf of Defendants

and Plaintiff's response thereto,

IT IS HEREBY ORDERED that the motion is **GRANTED**. Defendants are hereby

awarded $20,692.79 in costs to be applied as a set-off against Plaintiff's verdict.


                              s/ DAVID STEWART CERCONE
                              David Stewart Cercone
                              United States District Judge

cc:    Joel S. Sansone, Esquire
       Robert M. Giroux, Esquire
       Bryan Campbell, Esquire
       James A. Wymard, Esquire
       Robert R. Leight, Esquire

       (*Via CM/ECF Electronic Mail*)